IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAUL REYES,

    Petitioner,

v.                                      CASE NO. 5:07-cv-00131-RS-AK

JAMES MCDONOUGH,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

This cause was initiated with the filing of a document entitled "Letter to Be Heard," which the Court interpreted as a petition for writ of habeas corpus. Doc. 1. Because the petition was not on the proper form and Petitioner had not paid the filing fee or sought leave to proceed *in forma pauperis*, the Court ordered Petitioner to file an amended petition and to file a motion for IFP or pay the filing fee. Doc. 2. Petitioner failed to comply with that order, and the Court issued an order to show cause why this matter should not be dismissed pursuant to Fed. R. Civ. P. 41(b). In response, Petitioner filed a motion for extension of time, Doc. 5, which the Court granted. Doc. 7. Petitioner failed once again to comply with the Court's order, thereby necessitating the filing of a second order to show cause. Doc. 8. To date, Petitioner has failed to respond to the show cause order or otherwise to contact the Court, and thus, under these circumstances, the Court has no hesitation in recommending the dismissal of this cause.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to obey an order of this Court.

**IN CHAMBERS** at Gainesville, Florida, this *13th* day of November, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.