IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAUL REYES,

       Petitioner,

vs.                                                 CASE NO. 5:07cv131/RS-AK

JAMES R. MCDONOUGH,

       Respondent.
_____/

## ORDER

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). Petitioner has not filed objections. Petitioner's service copy of the Report and Recommendation was returned as undeliverable mail because Petitioner has failed to provide the Florida Department of Corrections or the court a current address.

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is dismissed pursuant to Fed. R. Civ. P. 41(b) because of Petitioner's failure to prosecute and for Petitioner's failure to obey an order of the court.

    3.    The clerk is directed to close the file.

ORDERED on January 18, 2008.

                                                     /S/ Richard Smoak
                                                     **RICHARD SMOAK**
                                                     **UNITED STATES DISTRICT JUDGE**